

**DEUTSCH,
KERRIGAN
& STILES**

WILLIAM E. WRIGHT, JR.
*Counselor at Law*

File in record
*Stephen C. Riedlinger*
May 6, 2013

755 Magazine Street
New Orleans, LA 70130
Direct  (504) 593-0623
Main    (504) 581-5141
Fax     (504) 566-4023
wwright@dkslaw.com
www.dkslaw.com

May 6, 2013

***Via Facsimile & U.S. Mail***

Hon. James J. Brady
United States District Court
Middle District of Louisiana
777 Florida Street, Suite 369
Baton Rouge, LA 70801
Fax: (225) 389-4031

The Hon. Magistrate Judge Stephen C. Riedlinger
United States District Court
Middle District of Louisiana
777 Florida St., Suite 260
Baton Rouge, LA 70801
Fax: (225) 389-3585

Re:  *Exxon Mobil Corporation v. Schutte & Koerting Acquisition Co., et al.*
U.S. District Court, Middle District of Louisiana
C.A. No. 10-cv-310
Our File: 62486-00024

Dear Hon. Brady and Hon. Riedlinger:

We write to inform you that the parties in the above captioned matter participated in mediation on April 30 and May 1, 2013 and reached a settlement.

As a result, the telephone status conference currently set with Hon. Riedlinger's office on Wednesday, May 15, 2013 at 2:00 pm will not be necessary and the Court may remove this conference from its docket. The parties will file the necessary pleadings to finalize the settlement and conclude the matter pending before the Court.

With kindest personal regards, I am

Sincerely yours,

William E. Wright, Jr.

WEWmk

cc:  All counsel of record (*Via E-Mail*)

Deutsch, Kerrigan & Stiles, L.L.P.
*New Orleans • Monroe • Gulfport*