UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EXXON MOBIL CORPORATION

VERSUS

SCHUTTE AND KOERTING ACQUISITION
CO., ET AL.

CIVIL ACTION

NO. 10-310 JJB-SCR

## ORDER OF DISMISSAL

The court having been advised by counsel that the above action has been settled as to all parties;

IT IS ORDERED that this action be and is hereby DISMISSED as to all parties without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, May 8, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA